

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
Plaintiff (Petitioner)

v.

**DAWN REED; et al.**
Defendant (Respondent)

CASE and/or DOCKET No.: 2:18-CV-02889-JCJ

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served DAWN REED the above process on the 10 day of September, 2018, at 3:15 o'clock, PM, at 2321 TASKER STREET PHILADELPHIA, PA 19145, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: LINDA HALL
Relationship/Title/Position: AUNT
Remarks: _____
Description: Approximate Age 56-60  Height 5'4  Weight 130  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of Pa  ) SS:
County of Berks  )

Before me, the undersigned notary public, this day, personally, appeared ___Shannon Beckier___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-183795
Case ID #:5283789

Subscribed and sworn to before me
this 12 day of Sept, 2018.

_____
COMMONWEALTH OF PENNSYLVANIA  Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021