UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff<br><br>v.<br><br>DAWN REED,<br>                    Defendant | No. 18-02889 |

**DEFAULT JUDGMENT**

AND NOW, this __11th__ day of __October__, 2018, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Wednesday, July 11, 2018 and, after due service of process on Defendant, DAWN REED, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, DAWN REED, in the amount of $6,116.35. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: October 11, 2018

                                              Kate Barkman
                                              Clerk, United States District Court
                                              EasternDistrict of Pennsylvania

                          By:    __s/ Terry Milano__
                                 Deputy Clerk